# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

APARTMENT INSIDERS, LLC, )
)
      Plaintiff, )
)
      v. ) Miscellaneous Action No. 3:26-cv-490
CAROLINA APARTMENT LOCATING ) (*Pending in M.D. Tenn.,*
LLC d/b/a RIVO LOCATORS, ) *Case No. 3:25-cv-01137*)
)
      Respondent. )
_____ )

## <u>APARTMENT INSIDERS, LLC'S MOTION TO COMPEL THIRD PARTY CAROLINA APARTMENT LOCATING LLC D/B/A RIVO LOCATORS TO COMPLY WITH SUBPOENA DUCES TECUM</u>

Plaintiff Apartment Insiders, LLC ("Apartment Insiders"), by and through its undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) for an Order compelling Third Party Carolina Apartment Locating LLC d/b/a Rivo Locators ("Rivo") to produce complete and unredacted documents in full compliance with the subpoena duces tecum issued from this Court and personally served upon Rivo's CEO and registered agent, Rick Tyler Stevenson, on November 29, 2025.

In support of this Motion, Apartment Insiders states as follows:

1. This action arises from litigation pending in the United States District Court for the Middle District of Tennessee, *Apartment Insiders, LLC v. Mirakle Hensen*, Case No. 3:25-cv-01137, in which Apartment Insiders has asserted claims against Defendant Mirakle Hensen for breach of restrictive covenants and trade secret misappropriation.

2. On November 29, 2025, Apartment Insiders served a subpoena duces tecum upon Carolina Apartment Locating LLC c/o Rick Tyler Stevenson, commanding production of eleven categories of documents relating to Mirakle Hensen at Fisher & Phillips LLP, 227 West

Trade Street, Suite 2020, Charlotte, NC 28202, by December 15, 2025 at 9:00 a.m. The subpoena was personally served on Rick Tyler Stevenson at 1464 Porters Court, Concord, NC 28025 on November 29, 2025 at 3:50 p.m.

3. Rivo's deadline to serve written objections to the subpoena was December 13, 2025. Rivo served no written objections by that date, and has thereby waived all objections to the subpoena, including any objections based on relevance, scope, proportionality, or burden.

4. On May 29, 2026 — nearly six months after service and only after repeated demands — Rivo submitted a production via Google Drive consisting of 168 screenshots of text messages, 68 pages of emails, and 2 pages of additional production.

5. After review by Apartment Insiders and its counsel, Rivo's production is materially deficient in that: (a) Rivo responded "no responsive documents identified" to four of the eleven requests while its own produced materials affirmatively demonstrate that such documents exist; (b) Rivo limited its entire production to the personal cell phone text messages of its CEO, Tyler Stevenson, to the exclusion of all other custodians, corporate email accounts, CRM systems, and business records; and (c) Rivo's password-protected production files were unlocked using a password supplied by Defendant Mirakle Hensen, the adverse party in the underlying Tennessee litigation, raising a substantial concern that she was directly involved in curating Rivo's production.

6. The documents sought are directly relevant to Apartment Insiders' claims in the underlying litigation and proportional to the needs of that case within the meaning of Federal Rules of Civil Procedure 26 and 45.

7. This Court has jurisdiction to enforce the subpoena pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), as the place of compliance — 227 West Trade Street, Charlotte, NC 28202 — is within this district.

8. Pursuant to Local Civil Rule 7.1(b), Apartment Insiders certifies that it has made good-faith efforts to resolve the disputes presented in this Motion prior to filing. On May 14, 2026, Plaintiff's counsel notified Rivo of the Court's April 7, 2026 denial of Defendant Hensen's Motion to Quash and extended a courtesy deadline of May 28, 2026 for Rivo to serve complete responses. On May 20, 2026, Rivo raised objections to the scope, proportionality, and burden of the subpoena and requested a 60-day extension. Plaintiff's counsel declined, advised Rivo that Apartment Insiders would move to compel if complete responses were not received by May 29, 2026, and Rivo submitted its production on that date. Rivo is currently unrepresented by counsel, and the parties have been unable to resolve their dispute regarding the adequacy of that production. The full pre-filing correspondence is attached as Exhibit D to the Declaration of Daniel Crowell.

For these reasons, Apartment Insiders respectfully requests that this Court enter an Order: (1) overruling all of Rivo's objections as waived; (2) compelling Rivo to produce complete, unredacted documents in response to all eleven subpoena requests from all custodians and across all platforms within fourteen (14) days of the entry of such Order; (3) ordering that Rivo's supplemental production be conducted independently of Defendant Hensen — without her involvement, input, or assistance — and without a blanket confidentiality designation, and further ordering that, to the extent Rivo has a good-faith, document-specific basis for designating particular items as "Confidential" under the Agreed Confidentiality Order entered in the underlying Tennessee litigation (M.D. Tenn. Doc. No. 68), Rivo provide a confidentiality log identifying each

such document and the specific basis for its designation, consistent with Section 6(c) of that Order; and (4) granting such other and further relief as the Court deems just and proper.

In further support of this Motion, Apartment Insiders submits and incorporates herein by reference: (1) the Brief in Support of Apartment Insiders, LLC's Motion to Compel Third Party Carolina Apartment Locating LLC d/b/a Rivo Locators; (2) the Declaration of Daniel Crowell, with Exhibits A through D attached thereto; and (3) the Declaration of Bennett J. Wills.

Respectfully submitted this 19th day of June, 2026,

*/s/ Michael C. Harman*
Michael C. Harman
HARMAN LAW, PLLC
10224 Hickorywood Hill Ave., Suite 202
Huntersville, NC 28078
Telephone: (704) 885-5550
Facsimile: (704) 885-5551
michael@harmanlawnc.com

*Attorney for Plaintiff Apartment Insiders, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2026, a copy of the foregoing Motion to Compel was served on the following by email and first-class U.S. mail:

Rick Tyler Stevenson
Carolina Apartment Locating LLC d/b/a Rivo Locators
1464 Porters Court
Concord, NC 28025
tyler@rivolocators.com

Mirakle Hensen
4120 Descent Drive, Apt. 1802
Charlotte, NC 28208
mirakle0937@gmail.com

*/s/ Michael C. Harman*
Michael C. Harman